(Decided December 22, 1948)

*Philip Stein* for the plaintiff.

*David N. Edelstein*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

PERRYMAN, MOJONIER CO. *v.* UNITED STATES

**No. 7640.**—Invoice dated London, England, May 22, 1946.
Certified May 27, 1946.
Entered at Los Angeles, Calif., July 26, 1946.
Entry No. 5095.

(Decided December 28, 1948)

*Lawrence, Tuttle & Harper* (*George R. Tuttle* of counsel) for the plaintiff.

*David N. Edelstein*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

BOURJOIS, INC. *v.* UNITED STATES

**No. 7641.**—Invoice dated Bombay, India, June 1944.
Certified June 1944.
Entered at New York, N. Y., October 3, 1944.
Entry No. 708001.